UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KANDY MCDONALD,<br><br>        Plaintiff,<br><br>vs.<br><br>REGIONS BANK (INC.)(ALABAMA),<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-04650-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation of Defendant's Motion to Dismiss Complaint for failure to state a claim and Motion to Dismiss Amended Complaint for failure to state a claim, and the Court having denied as moot the Motion to Dismiss Complaint and granted the Motion to Dismiss the Amended Complaint, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **DISMISSED WITHOUT PREJUDICE.**

Dated at Atlanta, Georgia, this 28th day of September, 2021.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                                      By:    s/Ciarra Oduka
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 28, 2021
Kevin P. Weimer
Clerk of Court

By:    s/Ciarra Oduka
         Deputy Clerk